UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ORELLANA, <br><br> Petitioner, <br><br> v. <br><br> RAYMOND MADDEN, Warden, <br><br> Respondent. | Case No. CV 16-2316 FMO (FFM) <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections to the Report. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that judgment be entered dismissing the Petition with prejudice.

DATED: February 15, 2017

/s/
FERNANDO M. OLGUIN
United States District Judge